# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161716(61)


RENEE SWAIN,
        Plaintiff-Appellee,

v

MICHAEL MORSE,
        Defendant-Appellant,
and

MARK ZARKIN and STEVEN LELLIS
ON THE GREEN, LLC,
        Defendants-Appellees.
_____/

SC: 161716
COA: 346850
Oakland CC: 2017-158765-CZ

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on October 29, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2020



Clerk